**Dismiss and Opinion Filed February 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01302-CV

### KEISHA POPE-NIXON, Appellant
### V.
### JEANINE L. HOWARD AND ALVIN GREEN, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02907**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Partida-Kipness

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated October 28, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 28, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 6, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs

within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191302F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KEISHA POPE-NIXON, Appellant

No. 05-19-01302-CV     V.

JEANINE L. HOWARD AND ALVIN
GREEN, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-02907.
Opinion delivered by Justice Partida-
Kipness. Justices Nowell and Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees JEANINE L. HOWARD AND ALVIN GREEN recover their costs of this appeal from appellant KEISHA POPE-NIXON.

Judgment entered this 6th day of February, 2020.